## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re                                              :        Chapter    13

                                                   :

Lauren Cione

                                                   :

                    Debtor              :        Bankruptcy No.    17-16594-elf


ORDER


AND NOW, it is  ORDERED that since the debtor(s) have failed to

timely file the documents required by the order dated 9/27/17, this case is

hereby DISMISSED.


**Date: October 16, 2017**            _____

                                                   ERIC L. FRANK
                                                   Chief United States Bankruptcy Judge


Missing Documents:          Chapter 13 Plan
                            Pro Se Statement
                            Chapter 13 Statement of Your Current Monthly Income and
                            Calculation of Commitment Period Form 122C-1
                            Means Test Calculation Form 122C-2
                            Schedules AB-J
                            Statement of Financial Affairs
                            Summary of Assets and Liabilities Form B106


bfmisdoc elf (1/22/15)